UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANTHONY BARBERAN,

                Plaintiffs,

v.

TOWN OF EASTCHESTER, EASTCHESTER
POLICE DEPARTMENT, TIMOTHY BONCI,
individually and in his official capacity as
Eastchester Chief of Police, JEFFREY
HUNTER individually and in his official
capacity as Eastchester Police Lieutenant,

                Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 10983 (VB)

      As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

      1.     All discovery is stayed for 90 days, until January 6, 2022.

      2.     The next status conference in this case is scheduled for **January 12, 2022, at 10:00 a.m.**, to proceed by telephone. At the time of the scheduled conference, counsel shall attend by calling the following number and entering the access code when requested:

      <u>Number</u>: (888) 363-4749 (toll-free) <u>or</u> (215) 446-3662

      <u>Access Code</u>: 1703567

      3.     If appropriate, the parties may request an advancement of the January 12, 2022, conference date.

Dated: October 8, 2021
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge