UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANTHONY BARBERAN,                 :

                Plaintiffs,     :

v.                            :

TOWN OF EASTCHESTER, EASTCHESTER  :
POLICE DEPARTMENT, TIMOTHY BONCI,  :
individually and in his official capacity as    :
Eastchester Chief of Police, JEFFREY     :
HUNTER individually and in his official    :
capacity as Eastchester Police Lieutenant,  :

                           :

           Defendants.    :

------------------------------------------------------------x



**ORDER**

19 CV 10983 (VB)

       As discussed at a conference held today and attended by counsel for all parties, it is
HEREBY ORDERED:

      1.     By January 14, 2022, the parties shall submit to the Court (i) a stipulation
regarding the filing of a second amended complaint, and (ii) a proposed Revised Civil Case
Discovery Plan and Scheduling Order.

      2.     The discovery stay is lifted.  The deadline for completion of all discovery is
October 12, 2022.

      3.     The next status conference in this case is scheduled for **October 21, 2022, at 10:00
a.m.,** in person at the Courthouse.

Dated: January 12, 2022
     White Plains, NY

                        SO ORDERED:

                        Vincent L. Briccetti
                        United States District Judge