# SUSSMAN & GOLDMAN
~Attorneys at Law~

1 Railroad Avenue, Suite 3, P.O. Box 1005, Goshen, New York 10924

**Michael H. Sussman**
**Jonathan R. Goldman**
**Eli D. Siems**

(845) 294-3991 [Tel]
(845) 294-1623 [Fax]
info@sussman.law

*Christopher D. Watkins*
*Mary Jo Whateley*
*Of Counsel*

*Rasheed Hosein*
*Paralegal*

*Monica Ponce-Agredano*
*Legal Assistant*

**VIA ECF**

April 19, 2023

Hon. Andrew E. Krause, U.S.M.J.
United States District Court
Southern District of New York
Hon. Charles L. Brieant, Jr. U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *Barberan v. Town of Eastchester, et al.*
      No. 19-cv-10983 (AEK)

Dear Judge Krause,

This office represents the plaintiff in the above-referenced matter. I write regarding the Court's directive at the April 17, 2023 conference to provide an agreed-upon deposition schedule for the remaining depositions in this matter. To that end, please be advised that the parties have agreed to finish plaintiff's deposition on April 28, 2023 and to complete the depositions of the two named defendants on May 5, 2023, and we respectfully request the Court to so order same.

At Monday's conference, I also advised that Mr. Sussman had noted his intent to potentially depose 2-3 other individuals. Given that he is on trial this week, I have not yet had a chance to confirm with him which individuals and to arrange a schedule with Mr. Sokoloff. As such, and with Mr. Sokoloff's consent, I respectfully request an extension of time, to and including this Friday April 21, 2023, to provide the Court an agreed-upon schedule for any additional depositions beyond those already scheduled and noted above. I apologize for this delay and thank the Court for its consideration of this request.

Respectfully submitted,

Jonathan R. Goldman

cc: All counsel of record (by ECF)

---

The parties' proposed deposition schedule is hereby ADOPTED as an order of the Court. If the parties seek to make any changes to this schedule, they must submit an application to the Court to modify the order. If the application is submitted on consent and does not require the adjustment of any discovery deadlines, the application is likely to be granted. If the application is not submitted on consent, or if it would require the adjustment of any discovery deadlines, the application is likely to be denied.

The request for an extension of time to April 21, 2023 to provide dates for any additional depositions is hereby GRANTED.

Dated: April 19, 2023
SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge