UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Anthony Barberan,

                Plaintiff,

  -against-                                     19 **CIVIL** 10983 (VR)

                                                                    **JUDGMENT**

Town of Eastchester, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2025, the motion for summary judgment by Defendants Town of Eastchester, Timothy Bonci, and Jeffrey Hunter is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                                      **TAMMI M HELLWIG**
                                                                       Clerk of Court

                                  **BY:**

                                                                       **Deputy Clerk**